Form B4W (12/07)

BlumbergExcelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT Wester DISTRICT OF Michigan

Lanphear Tool Works, Inc.

Debtor(s)     Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Elkhart Steel Service, Inc.<br>3604 County Road 106<br>Elkhart, IN 46514-9786 | | | | 25,000.00 |
| Keyence Corporation of Ameri<br>669 River Drive<br>Suite 403<br>Elmwood Park, NJ 07407 | | | | 24,500.00 |
| Kopplin Controls, Inc.<br>PO Box 1171<br>Jackson, MI 49204 | | | | 14,400.00 |
| Township of Lawrence<br>122 W. St. Joseph St.<br>P.O. Box 442<br>Lawrence, MI 49064 | | | | 14,000.00 |
| Standard Electric Co.<br>c/o Muller, Muller, et al<br>161 Ottawa Ave., N.W.<br>Ste. 205-E<br>Grand Rapids, MI 49503 | | | | 4,960.00 |
| Industrial Logic Controls, I<br>7136 E. Kilgore Road<br>Kalamazoo, MI 49001 | | | | 2,777.00 |
| Muller, Muller, et al<br>161 Ottawa Ave., N.W.<br>Suite 205-E<br>Grand Rapids, MI 49503 | | | | 1.00 |
| Eric White<br>1000 Laurence Ave.<br>Jackson, MI 49202 | | | | 1.00 |
| Arthur R. McWilliams<br>2675 44th St., S.W.<br>Suite 305<br>Wyoming, MI 49519 | | | | 1.00 |
| | | | | |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.      * Value of secured portion of claim

 Form B4W (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

Lanphear Tool Works, Inc.                            Debtor(s)    Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS SIGNATURE PAGE

Date: 4/1/2011               /s/ John Lanphear 4/1/11
                             Debtor

Date: 4/1/2011               _____
                             Co-debtor