3092 - Verification of Creditor Matrix. 12/95    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT
Western **DISTRICT OF** Michigan

In re: Lanphear Tool Works, Inc.　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　Debtor(s)
　　　　　　　　　　　　　　　　　　　　Chapter    11

## VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated: _____

Debtor  /s/ John Lanphear 4/1/11
　　　　Lanphear Tool Works, Inc.

Debtor  _____