UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

LANPHEAR TOOL WORKS, INC.,               Case No. DK 11-03675
                                          Chapter 7
         Debtor.                        Hon. Scott W. Dales
_____/

<u>ORDER</u>

PRESENT:   HONORABLE SCOTT W. DALES
               United States Bankruptcy Judge

    The Debtor filed its Motion for Entry of an Interim Order and Final Order Authorizing Use of Cash Collateral and Providing Adequate Protection (DN 8, the "Motion").  The court reviewed the Motion, and held a hearing on April 13, 2011, in Grand Rapids, Michigan. At the hearing, the court expressed its concern that the Motion does not provide sufficient information, and that service of the Motion and hearing notice was inadequate. For the reasons stated on the record,

    IT IS HEREBY ORDERED that the Motion (DN 8) is DENIED without prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon Lanphear Tool Works, Inc., Robert J. Sayfie, Esq., the United States Trustee, the 20 largest creditors, and all parties appearing on the Debtor's mailing matrix.

END OF ORDER

IT IS SO ORDERED.        _____    Dated: April 13, 2011
                                             Scott W. Dales
                                          United States Bankruptcy Judge