UNITED STATES OF AMERICA
IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In re:

LANPHEAR TOOL WORKS, INC.,           Case No. DK 11-03675
                                                  Chapter 11
                                                  Hon. Scott W. Dales
                  Debtor.               Petition Date: 4/1/11
_____/

## NOTICE OF APPEARANCE

W. Francesca Ferguson, Assistant United States Attorney for the Western District of Michigan, enters her appearance as counsel on behalf of the United States Internal Revenue Service (IRS). All correspondence and notices regarding this case should be sent either electronically, or to the address listed below.

                                                                          DONALD A. DAVIS
                                                                          United States Attorney

Dated: April 14, 2011                           */s/ W. Francesca Ferguson*
                                                           W. FRANCESCA FERGUSON (P30440)
                                                           Assistant United States Attorney
                                                           Post Office Box 208
                                                           Grand Rapids, MI 49501-0208
                                                           (616) 456-2404
                                                           Email: francesca.ferguson@usdoj.gov