Form B6 SUM (12/07)       **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT** Western   **DISTRICT OF** Michigan

In re: Lanphear Tool Works, Inc.

Debtor(s)   Case No. 11-03675
Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 0.00 | | |
| B - Personal Property | x | 7 | 89446.84 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 2 | | 89,143.69 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 0.00 |
| Total Number of Sheets of All Schedules | | 17 | | | |
| Total Assets | | | 89446.84 | | |
| Total Liabilities | | | | 89143.69 | |



Form B6, S2, (12/07)      **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court
**District Of** Michigan
Western

In re: Lanphear Tool Works, Inc.                Debtor(s)

Case No. 11-03675

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ NA |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ NA |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ NA |
| Student Loan Obligations (from Schedule F) | $ NA |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ NA |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ NA |
| TOTAL | $ NA |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I Line 16) | $ NA |
| Average Expences (from Schedule J, Line 18) | $ NA |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR**, Form 22C Line 20) | $ NA |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $ NA |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $ NA | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ NA |
| 4. Total from Schedule F | | $ NA |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $ NA |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

 Form B6 A (12/07)     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.     Debtor(s) Case No. 11-03675 (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W JC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  | Total -> |  | (Report also on Summary of Schedules) |



Form B6 B (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.   Debtor(s)   Case No. 11-03675   (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | | | 10.00 |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | Fifth Third Checking Fifth Third Saving | | 5,405.24 |
| 03 Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | | Accounting Office: Dell Vostro 400 - E machines- Brother HL 1230 Printer - Lexmark C522 Printer | | 900.00 |
| | | President's Office: Laptops - Server - Printer/Scanner | | 1,700.00 |
| | | Sales office: Computer - Printer | | 400.00 |
| | | Engineering office: misc. monitors/equipment - Laptops - Del Precision 380 - Acer - Printers - Routers | | 1,050.00 |
| | | Manufacturing office: Desktop - Printer | | 150.00 |
| | | Hall office: Laptop and Docking Station Hall: Copier | | 300.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   9,915.24

_____ Continuation sheets attached



Form B6 B (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.  Debtor(s)  Case No. 11-03675  (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Machining area: misc computers | | 250.00 |
| | | Conference Room: Television – VCR – DVD – Off site Laptops | | 1,850.00 |
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | x | | | |
| 07 Furs and jewelry. | x | | | |
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) _____ Continuation sheets attached | | | Total -> | 12,015.24 |



Form B6 B (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.　　　　　　　Debtor(s)　　Case No. 11-03675　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | | | | 22,088.60 |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)　Total ->　34,103.84

_____ Continuation sheets attached

 **Form B6 B (12/07)**   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.                    Debtor(s)   Case No. 11-03675           (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20 Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) _____ Continuation sheets attached | | | Total -> | 34,103.84 |



Form B6 B (12/07)   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.   Debtor(s)   Case No. 11-03675   (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25 Automobiles trucks trailers and other vehicles and accessories. | x | | | |
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | | Office Furniture: Desks – Tables – Credenza – Chairs – Pool Table | | 2,600.00 |
| 29 Machinery fixtures equipment and supplies used in business. | | Misc.: Robot Welding Cell – Rapid Prototype Machine | | 3,500.00 |
| (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) _____ Continuation sheets attached | | | Total -> | 40,203.84 |



Form B6 B (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.  Debtor(s)  Case No. 11-03675  (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Air Compressors: Ingersoll-Rand T30 Select - Tank | | 250.00 |
| | | Pedistal Grinder: Gray - Hamond - Delta - Baldor | | 250.00 |
| | | Cod Saws: Bewo - Brobo - OMP Automatic | | 8,503.00 |
| | | Drill Press: Kong Yih - Delta - K&F - Central Machinery | | 1,550.00 |
| | | CNC: Two Hurcos | | 4,000.00 |
| | | Manual Vertical Mill: Five Bridgeports | | 6,250.00 |
| | | Surpace Grinder: Harig | | 3,000.00 |
| | | Media Blaster: Cyclone - Gray | | 650.00 |
| | | End Mill Sharpener: Cosa Corp | | 250.00 |
| | | Manual Tap: Phase II | | 150.00 |
| | | Brake Press: LTW - Verson | | 1,350.00 |
| | | Belt Sander: Powermatic - Doerr | | 600.00 |
| | | Lathe: Atlas Clausing - Howa Sangyo 1500 | | 2,000.00 |
| | | Laboratory Press: Carver | | 200.00 |
| | | Press: Enerpac | | 350.00 |
| | | Forklift: Toyota with MAC charger | | 4,000.00 |
| | | Shop Vac: Brand unknown | | 50.00 |
| | | Shop Fan: #1 & #2 | | 50.00 |
| | | 75 ton Press(Plastics): New Britain | | 1,000.00 |
| | | Table Saw: Delta 10' | | 75.00 |
| | | Band Saw: Roll-in - Kalamazoo (black) - Kalamazoo (beige) | | 1,350.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total -> 76,081.84

_____ Continuation sheets attached



Form B6 B (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.     Debtor(s)     Case No. 11-03675     (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Welders: Lincoln Electric Power MIG - Lincoln Electric Idealarc CV-300MIG - Lincoln Electric Square Wave TIG 255 - Lincoln Electric Wire-Matic 225 | | 3,500.00 |
| | | Roller Conveyer: LTW, Inc 60' | | 200.00 |
| | | Display Workstation: LTW, Inc | | 2,000.00 |
| | | Screw Guns: Coleman, Ridgids, Dewalt | | 265.00 |
| | | Powder Coat Equipment: Large Oven - Collector - Small Oven 1 - Small Oven 2 | | 1,900.00 |
| | | Misc: Tables - Jigs - Tools | | 5,500.00 |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |
| | | | Total -> | 89,446.84 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

_____ Continuation sheets attached

**Form B6 C (04/10)**    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.                                      Debtor(s)   Case No. 11-03675         (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**   ☐ Check if debtor claims a homestead exemption that exceeds $146,450

☐ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |



Form B6 D (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.                              Debtor(s)  Case No. 11-03675

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

[x] Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| | | | Subtotal -> (Total of this page) | | | |
| | | | Total -> | | | |

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)   (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.



Form B6 E (04/10)   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.                                                                 Debtor(s)   Case No. 11-03675   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

[ ] **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

[ ] **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | CUD* |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  | Total -> |  |  |
|  |  |  |  |  | Total -> |  |
|  |  |  |  |  |  |  |

_____ Continuation Sheets attached.

Subtotal -> (Total of this page)

(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules.)   Total ->

(Use only on last page of the completed Schedule E.)
If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   Total ->



Form B6 F (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**In re:** Lanphear Tool Works, Inc.    **Debtor(s)**    **Case No.** 11-03675    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO-DEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Armstrong, Madison & Chas<br>1581 Route 202, #101<br><br>Pomona, NY 10970-2901 | | | | | 1.00 |
| Arthur R. McWilliams<br>2675 44th St., S.W.<br>Suite 305<br>Wyoming, MI 49519 | | | Lawyer for Elkhart Steel Service, Inc. | | 1.00 |
| Elkhart Steel Service, In<br>3604 County Road 106<br>Elkhart, IN 46514-9786 | | | goods supplied to debtor beforer 2008 | | 25,000.00 |
| Eric White<br>1000 Laurence Ave.<br>Jackson, MI 49202 | | | attorney for Kopplin Controls, Inc. | | 1.00 |
| Hiwin Corporation<br>1400 Madeline Lane<br><br>Elgin, IL 60124-7829 | | | | | 3,502.69 |
| Industrial Logic Controls<br>7136 E. Kilgore Road<br>Kalamazoo, MI 49001 | | | good sold - time period currently unkown | | 2,777.00 |

X _____ continuation sheets attached.

Subtotal $ 31,282.69

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Total $ 31,282.69



Form B6 F (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.                    Debtor(s)        Case No. 11-03675    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Keyence Corporation of Am<br>669 River Drive<br>Suite 403<br>Elmwood Park, NJ 07407 | | | good provided to debtor before 2008 | | 24,500.00 |
| Kopplin Controls, Inc.<br>PO Box 1171<br>Jackson, MI 49204 | | | goods sold to debtor in 2008 | | 14,400.00 |
| Muller, Muller, et al<br>161 Ottawa Ave., N.W.<br>Suite 205-E<br>Grand Rapids, MI 49503 | | | attorney for Keyence Corporation of America and Standard Electric Company | | 1.00 |
| Standard Electric Co.<br>c/o Muller, Muller, et al<br>161 Ottawa Ave., N.W.<br>Ste. 205-E<br>Grand Rapids, MI 49503 | | | goods sold to defendant in 2008 | | 4,960.00 |
| Township of Lawrence<br>122 W. St. Joseph St.<br>P.O. Box 442<br>Lawrence, MI 49064 | | | Property taxes since 2004 | | 14,000.00 |
| | | | | | |

_____ continuation sheets attached.

Subtotal  $  57,861.00

(Use only on last page of the completed Schedule F.)    Total  $  89,143.69
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)



**Form B6 G (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.                    Debtor(s)    Case No. 11-03675    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[x] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |



Form B6 H (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.      Debtor(s)   Case No. 11-03675   (if known)

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6 H (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

 Form B6 Cont. (12-07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Lanphear Tool Works, Inc.                                    Debtor(s)    Case No. 11-03675    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
*(Total shown on summary page plus 2.)*

Date _____    Signature _____
                                                         Lanphear Tool Works, Inc.    Debtor

Date _____    Signature _____
                                                                                    (Joint Debtor, if any)

*(If joint case, both spouses must sign.)*

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*
Address:

X _____        _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.**

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
**(Total shown on summary page plus 1.)**

Date _____    Signature  /s/John Lanphear/Pres. 4/15/1 _____

(Print or type name of individual signing on behalf of debtor.)

*(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6 Cover (Form 6 Cover) (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Property Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration Under Penalty of Purjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designated for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once.
A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from seperate transactions, each claim should be scheduled separtely.

Review the specific instructions for each schedule before completing the schedule.