UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In the Matter of:
**LANPHEAR TOOL WORKS, INC.**
Tax ID No.: xx-xxx8400

Case No.: 11-03675
Debtor. Chapter 11
Hon. Scott W. Dales

_____/

**DEBTOR'S SCHEDULE OF PROPOSED SALARIES AND DRAWS**
(attached on subsequent page)

| | |
|---|---|
| Respectfully submitted, | ROBERT J. SAYFIE, P.C.<br>*Proposed Counsel for Debtor and Debtor-In-Possession* |
| Dated: 15 April 2011 | By: /s/ Robert J. Sayfie<br>Robert J. Sayfie (P45267)<br>161 Ottawa Ave., N.W., Ste. 407<br>Grand Rapids, MI 49503<br>Phone: 616-774-9244<br>robert@sayfie.com |

1

| From: | LTW Accounting [Accounting@LTW1.com] |
|---|---|
| Sent: | Wednesday, April 13, 2011 3:48 PM |
| To: | 'robert@sayfie.com' |
| Cc: | John Lanphear; Mindy Lanphear |
| Subject: | Salary proposal |

Robert,

The following is the salary proposal:

| | | |
|---|---|---|
| John Lanphear | President | $624.00/week |
| John Lanphear | President | 2% sales commission on gross sales |
| Mindy Lanphear | Vice President | $0.00/week |
| Tim Castañón | General Mgr/Finance Mgr | $624.00/week |
| Javier Hernandez | Production Mgr | $800/week |

The following is the dividend proposal:

| | | |
|---|---|---|
| John Lanphear | Shareholder | $0.00 dividends |
| Mindy Lanphear | Shareholder | $0.00 dividends |

Sincerely,
Tim Castañón
General Manager/Accounting Manager

*[signature]*
4-15-11
JOHN S. LANPHEAR
PRESIDENT

www.LTW1.com
www.RapidChangeTech.com
P(269) 674-8877

_____ Information from ESET Smart Security, version of virus signature database 6038 (20110413) _____

The message was checked by ESET Smart Security.

http://www.eset.com


_____ Information from ESET Smart Security, version of virus signature database 6045 (20110415) _____

The message was checked by ESET Smart Security.

http://www.eset.com

1